**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Maurice Washington, | ) | |
| Petitioner, | ) | CV 08-0806-PHX-PGR (MEA) |
| v. | ) | **ORDER** |
| Dora B. Schriro, et al., | ) | |
| Respondents. | ) | |

Currently before the Court is Petitioner's Motion for Extension of Time to File Objections to the Report and Recommendation. (Doc. 16.) Good cause appearing,

IT IS HEREBY ORDERED GRANTING the Motion for Extension of Time . (Doc. 16.) Petitioner's shall file his Objections no later than **Friday, January 16, 2009.**

DATED this 4th day of January, 2009.

Paul G. Rosenblatt
United States District Judge